# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

DWAYNE FLEMINGS, )
)
    Plaintiff, )
)
v. )   Case No. CV410-075
)
GREGORY THOMAS, )
Warden of Care and Treatment at )
Coastal State Prison, )
)
    Defendants. )

## REPORT AND RECOMMENDATION

After Dwayne Flemings filed this civil rights action and sought leave to proceed in forma pauperis (IFP), docs. 1 & 2, the Court granted his IFP motion but directed him to submit a Prisoner Trust Fund Account Statement and Consent to Collection of fees form within 30 days. Doc. 3. It also warned him that failure to comply could result in dismissal of his case. *Id.* at 5. In that plaintiff has failed to comply, this case should be **DISMISSED WITHOUT PREJUDICE** for failing obey this Court's Order. L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir.

1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 28th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA